IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARGUERITE LOUISE RICHARDS BROOKS, AIS #171716, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  2:18-CV-649-WKW [WO] |
| CLIOTHA RELEIGH BROOKS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On July 13, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 3.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 20th day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE